UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN BAKER, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>      v.<br><br>DOLLY, INC.,<br><br>                 Defendant. | Case No. 2:23-cv-02004-RSL<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

THIS MATTER having come before the Court by the parties' Stipulated Motion for Extension of Time, after full consideration, this Court finds that the Stipulated Motion should be GRANTED.

IT IS HEREBY ORDERED that Defendant may file and serve a responsive pleading to Plaintiff's Complaint on or by February 14, 2024.

Dated this 24th day of January, 2024.

*Mr S Lasnik*
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR
EXTENSION OF TIME – PAGE 1

*GORDON REES SCULLY MANSUKHANI LLP*
701 5TH AVE., STE. 2100
SEATTLE, WA 98104
Tel: (206) 695-5100